UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MARIA ARENAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV416-320 |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

# ORDER

Defendants in this prisoner civil rights action moved to dismiss and to stay discovery. Docs. 20 & 21. The matter has since been consolidated with a companion case, *see Arenas v. Georgia Dep't of Corrections*, No. CV616-175, and the motion to dismiss has been dismissed. Doc. 31. Defendants' motion to stay discovery (doc. 21) is therefore **DENIED** as moot.

**SO ORDERED**, this __2nd__ day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA