# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MARIA ARENAS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV416-320 |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Citing a newly discovered videotape of her son's suicide while in defendants' custody, plaintiff Maria Arenas seeks leave to file a Second Amended Complaint in this prisoner civil rights action. Doc. 49. Defendants have not responded, so the motion is unopposed by operation of Local Rule 7.5. S.D. Ga. L. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."); *see also* doc. 49 (docket entry reflecting June 8, 2017 deadline for any response or opposition). Accordingly, plaintiff's motion to file a Second Amended Complaint is **GRANTED** (doc. 49). And since this obviates the motion to dismiss the first amended complaint, that motion is deemed **MOOT** (doc. 36).

**SO ORDERED,** this  12th   day of June, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA